**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **ROBERT T. IRVIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:09-1058** |
| ) | **Judge Campbell** |
| **CITY OF CLARKSVILLE POLICE** ) | |
| **DEPARTMENT, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

The Court has before it a *pro se* complaint brought under 42 U.S.C. § 1983. The plaintiff, a resident of Clarksville, Tennessee, has submitted an application to proceed *in forma pauperis*.

It appears from the plaintiff's application that he cannot afford to pay the filing fee. Therefore, the Clerk will **FILE** the complaint *in forma pauperis*. 28 U.S.C. § 1915(a).

As provided in the accompanying memorandum, the complaint is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(i). Because an appeal would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Todd Campbell
United States District Judge